IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENDA H. ALMS,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 10-00646-KD-M** |
| ) | |
| **LEXIS NEXIS OCCUPATIONAL** ) | |
| **HEALTH SOLUTIONS INC., and** ) | |
| **WINN-DIXIE MONTGOMERY, LLC,** ) | |
|     **Defendants.** ) | |

## JUDGMENT

In accordance with the Order granting Defendants' motions for summary judgment (Doc. 76), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff Brenda H. Alms against Defendants Lexis Nexis Occupational Health Solutions Inc. and Winn-Dixie Montgomery, LLC are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **1st** day of **March 2012**.

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**